# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1410
_____

KENNETH M. WILSON,

    Appellant,

    v.

EMERALD COAST RENTAL
MANAGEMENT LLC,

    Appellee.

_____

On appeal from the County Court for Okaloosa County.
Jim Ward, Judge.

August 13, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Levin F. Bracken, Bracken Law, P.A., Santa Rosa Beach, for Appellant.

No appearance for Appellee.